IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL A. SCHLAPPI, | No. CIV S-08-1707-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| CLAUDE FINN,[1] | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. Pending before the court are petitioner's request for leave to proceed in forma pauperis (Doc. 2) and petitioner's request for the appointment of counsel (Doc. 5). Petitioner's petition will be addressed separately.

/ / /

/ / /

---

[1] The only respondent named in the petition is prison warden Claude Finn. The Clerk of the Court is directed to terminate "The Attorney General of the State of California" as a respondent to this action.

1

Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

Petitioner seeks the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's motion for leave to proceed in forma pauperis (Doc. 2) is granted; and

2.. Petitioner's motion for appointment of counsel (Doc. 5) is denied without prejudice to renewal, at the earliest, after an answer to the petitioner has been filed.

DATED: August 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE