IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL A. SCHLAPPI, | No. CIV S-08-1707-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| CLAUDE FINN, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. Pending before the court are respondent's request for a stay of proceedings pending issuance of the Ninth Circuit Court of Appeals' mandate in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), and respondent's request for an extension of time. The court declines to stay these proceedings, but will grant the request for an extension of time.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's request for a stay of proceedings (Doc. 11) is denied;

2. Respondent's request for an extension of time is granted; and

3. Respondent's answer is due within 30 days of the date of this order.

DATED: October 3, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE